# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN W. THOMAS, | No. CV 05-1194-GAF(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES A. YATES (Warden | |
| Respondent. | |

**IT IS ADJUDGED** that the petition is dismissed as moot.

DATED:  March 9, 2011

_____
GARY A. FEESS
United States District Judge